**Order entered November 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01172-CV

**SATFRAZ TAJ AND ZUBEDA TAJ, Appellants**

**V.**

**HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

In accordance with this Court's review of the trial court's order setting the bond, we

**ORDER** Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, to file,

by **November 15, 2019**, the reporter's record of the October 25, 2019 hearing on the motion to

set bond. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Varela and all

parties.


/s/     LANA MYERS
         PRESIDING JUSTICE